# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129864

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMETRIUS D. HARDRICK,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129864
COA: 256124
Wayne CC: 04-001402-01

_____/

      On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

t0221